United States District Court
Southern District of Texas
**ENTERED**
October 04, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MAXHIMER MANAGEMENT SERVICES, INC., § § § Plaintiff, § VS. § LANDMARK AMERICAN INSURANCE § COMPANY, *et al*, § § Defendants. § | CIVIL ACTION NO. 2:16-CV-98 |

## FINAL JUDGMENT

Pursuant to the Order Granting Joint Motion to Dismiss with Prejudice (D.E. 10), the Court enters final judgment dismissing this action.

ORDERED this 4th day of October, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE